No. 775. ANDERSON v. UNITED STATES;
No. 776. BANCA v. SAME;
No. 777. CHANDLER v. SAME;
No. 778. CHUNES v. SAME;
No. 779. COSTELLO v. SAME;
No. 780. CROMPTON v. SAME;
No. 781. DOAH v. SAME;
No. 782. EVANS v. SAME;
No. 783. FANCHER v. SAME;
No. 784. GENT v. SAME;
No. 785. GRAMLICH v. SAME;
No. 786. HARRISON v. SAME;
No. 787. HEINE v. SAME;
No. 788. JOHNSON v. SAME;
No. 789. LaVERSO v. SAME;
No. 790. LEE v. SAME;
No. 791. LOWE v. SAME;
No. 792. MADDOX v. SAME;
No. 793. MATAYA v. SAME;
No. 794. McGILL v. SAME;
No. 795. MELTON v. SAME;
No. 796. NEWMAN v. SAME;
No. 797. ANTHONY PROFETA v. SAME;
No. 798. SALVADORE PROFETA v. SAME;
No. 799. RUDOLPH v. SAME;
No. 800. SCHNEIDER v. SAME;
No. 801. STANLEY v. SAME;
No. 802. STEWART v. SAME;
No. 803. TARRO v. SAME;
No. 804. TATMAN v. SAME;
No. 805. TAYLOR v. SAME;
No. 806. THOMPSON v. SAME;
No. 807. TOMBAZZI v. SAME; and
No. 808. WAGNER v. SAME. May 1, 1939. Petition
for writs of certiorari to the Circuit Court of Appeals for

the Seventh Circuit denied. *Messrs. George I. Haight, A. M. Fitzgerald,* and *Benjamin F. Goldstein* for petitioners. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron, Fred E. Strine, Paul M. Plunkett,* and *W. Marvin Smith* for the United States. Reported below: 101 F. 2d 325.